**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JUNIUS P. LEISURE, II, | : | No. 17 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 417 M.D. |
| | : | 2018 dated December 6, 2018. |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS OF | : | |
| PENNSYLVANIA AND CLERK OF THE | : | |
| COURTS OF LANCASTER COUNTY, | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                     **DECIDED:  August 20, 2019**

    **AND NOW**, this 20th day of August, 2019, the order of the Commonwealth Court

is **AFFIRMED**.